IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GREGORY NATHANIEL HEISHMAN                                                              PLAINTIFF

v.                                             Case No. 4:22-cv-4013

JAIL ADMINISTRATOR GINA BUTLER                                                         DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed July 5, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 28. Judge Bryant recommends that Defendant's Moton for Summary Judgment (ECF No. 17) be granted and all claims against Defendant be dismissed with prejudice. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendant's Motion for Summary Judgment (ECF No. 17) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of July, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge